**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000369**
**06-FEB-2013**
**10:13 AM**

NO. CAAP-11-0000369

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFREY JOSEPH PLAUCHE,
Plaintiff/Counterclaim-Defendant/Appellant,
v.
ELISA WATKINS PLAUCHE,
Defendant/Counterclaim-Plaintiff/Appellee.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 10-1-0070)

ORDER DENYING MOTION FOR RECONSIDERATION OF
SUMMARY DISPOSITION ORDER FILED JANUARY 24, 2013
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of Plaintiff/Counterclaim-Defendant/Appellant Jeffrey Plauche's (Plauche) "Motion For Reconsideration of Summary Disposition Order Filed Jan 24, 2013 Pursuant to HRAP Rules 27 and 40(b) and HFCR Rule 60(b)(3),(6)" (motion for reconsideration), the papers in support, and the records and files in this case, it appears that this court did not overlook or misapprehend any points of law or fact.  See Hawai'i Rules of Appellate Procedure (HRAP) Rule 40.

Therefore,

IT IS HEREBY ORDERED that Plauche's motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, February 6, 2013.


Presiding Judge


Associate Judge


Associate Judge